NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| TROY ANTHONY CHARLES, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-3879 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Joseph A. Bulone,
Judge.


PER CURIAM.

Affirmed.  See § 775.082(1), Fla. Stat. (2012); Williams v. State, 707 So.

2d 683 (Fla. 1998); Orjales v. State, 758 So. 2d 1157 (Fla. 2d DCA 2000).


CASANUEVA, SILBERMAN, and ATKINSON,JJ., Concur.